UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

ANSA NOREEN,

                    Plaintiff,              26-cv-1916 (JGK)

          - against -                       ORDER

PROHEALTH PRACTICE MANAGEMENT,
LLC.,

                    Defendant.

_____

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

Tuesday, May 26, 2026.


SO ORDERED.

Dated:    New York, New York
          May 11, 2026

                                   _____
                                        John G. Koeltl
                                   United States District Judge