UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANSA NOREEN,

                    **Plaintiff,**

     - against -

PROHEALTH PRACTICE MANAGE-
MENT, LLC d/b/a ESSEN HEALTH
CARE,

                    **Defendant.**

---

                26-cv-1916 (JGK)

                <u>Order</u>

**John G. Koeltl, District Judge:**

The parties are directed to appear, by telephone, for an initial conference on **Monday, June 1, 2026, at 1:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

Dated:    New York, New York
             May 27, 2026

                                John G. Koeltl
                        United States District Judge