LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Rebecca L. Pattiz
420 L
New

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2026

The Court grants the parties' request. All discovery deadlines are hearby adjourned by thirty days with the close of discovery on **December 30, 2026**.

November 16, 2026

VIA ECF
Hon. Katharine H. Parker, U.S.M.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Noreen v. ProHealth Practice Management, LLC*, No. 26 civ. 1916

Dear Magistrate Judge Parker:

We are counsel to Plaintiff Ansa Noreen in this action. We write jointly with counsel for Defendant to provide a further update on the status of this case, pursuant to the Court's July 22, 2026 Scheduling Order. Dkt. No. 20.

Since the parties' September 8, 2026 status letter, they have continued to work through written discovery. The parties have not taken or scheduled any depositions.

Over the past several weeks, the parties have resumed settlement discussions with the private mediator they engaged before Plaintiff filed this action. In light of these ongoing settlement negotiations, the parties respectfully request that the Court extend the November 30, 2026 fact discovery deadline by thirty days, to December 30, 2026, and extend the remaining deadlines in the Scheduling Order by the same period. The extension would allow the parties to focus on settlement before incurring the cost of depositions and, if the case does not resolve, to complete depositions afterward. This is the parties' first request to extend the fact discovery deadline.

The parties will appear before Your Honor for a settlement conference on December 16, 2026. Dkt. No. 26. They will advise the Court if they resolve this matter before then.

We thank the Court for its attention to this matter.

Respectfully submitted,

LIPSKY LOWE LLP
s/ Rebecca L. Pattiz
Rebecca L. Pattiz

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

11/17/2026